UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD J. McLEAN,

        Petitioner,                Case No. 1:12-cv-1401

v.                                            Honorable Paul L. Maloney

KENNETH McKEE,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner must show cause within 28 days why he is entitled to a stay of these proceedings.  If Petitioner fails to meet the requirements for a stay or fails to timely comply with the Court's order, the Court will review only his exhausted claims.  In the alternative, Petitioner may file an amended petition setting forth only his exhausted claims.

Dated:   February 12, 2013                  /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge