UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD J. McLEAN, JR., # 275421, )
                                  )
            Petitioner,           )    Case No. 1:12-cv-1401
                                  )
v.                                )    Honorable Paul L. Maloney
                                  )
KENNETH McKEE,                    )
                                  )
            Respondent.           )
_____)

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby

**DENIED** because it fails to raise a meritorious federal claim.


Dated:  September 29, 2017              /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge